
CSD 2024 [04/28/96]
Name, Address, Telephone No. & I.D. No.

Leslie T. Gladstone, 144615
5785 La Jolla Blvd., Ste. A
La Jolla, CA 92037
Telephone: (858) 454-9887
Facsimile: (858) 454-9596

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In re

ROSALITO V. CATAULIN
VIRGINIA D. CATAULIN,

Debtor(s).

BANKRUPTCY NO. 09-06314-PB7

## REPORT OF SALE

Pursuant to Local Bankruptcy Rule 6004, the undersigned Trustee hereby reports and represents that:

1. On **January 20, 2010**, due notice of the Trustee's intent to sell the property described herein was mailed to the debtor, the debtor's attorney and all creditors as required by Local Bankruptcy Rules 2002 and 6004.

2. The time for filing a request for hearing has expired without an objection or request for hearing having been received by the undersigned.

3. A description of the property sold, name of the purchaser(s), and the terms of sale are set forth in Exhibit "A" printed on Page 2.

4. If applicable, the following entities held a valid security interest in all or part of the property sold and were paid the stated sums in satisfaction thereof:

| Name and Address | Property | Amount Paid |
|---|---|---|
|  |  |  |

5. The purchase price has been paid in full and all property delivered to the purchaser.

I hereby declare under penalty of perjury that the within and attached statements are true to the best of my knowledge and belief.

DATED: April 6, 2010

/s/ Leslie T. Gladstone
Trustee in Bankruptcy

CSD 2024

[Continued on Page 2]

EXHIBIT "A"

ROSALITO V. CATAULIN & VIRGINIA D. CATAULIN,                    DEBTOR, CASE NO. 09-06314-PB7

**Type of Sale:**[1]

[ ]   Private Sale. Describe methods used to obtain best possible price:[2]

| Description of Property Sold | Name and Address of Purchaser(s) | Sales Price per Item or Lot |
|---|---|---|
| | | |

Offers or bids received but not accepted from the following entities:

| Name | Value of Offer |
|---|---|
| | |

[xx]   Public Auction. Auction conducted by ___McCormack Auction Company___

**Report of Auctioneer attached containing:**[3]

List of the names of bidders and assigned bidding numbers, if any; and

- Description of items sold, purchase price, and name or bidder number for purchaser for each item or lot sold; plus

- A cover page containing a summation of the gross sales, and a statement of the commission and expenses applied for or retained by the auctioneer.

A statement that there was at the time of employment, and continued to be during the period of employment, a disinterested person as required under 11 U.S.C. §327, or, if so, the nature thereof.

Auctioneer's Report Reviewed and Approved:

DATED: April 6, 2010        Signed: /s/ Leslie T. Gladstone_____, Trustee

---

### INSTRUCTIONS

[1] Indicate method of sale, whether by sealed bids, negotiations or otherwise.

[2] Describe advertising, telephone or other forms of solicitation for offers, negotiations and any other methods used to consummate sale.

[3] Auctioneer's report is to be signed under penalty of perjury, to contain all of the information here set forth, and to be reviewed and approved by trustee.

CSD 2024

Leslie Gladstone, Trustee
Financial Law Group
5785 La Jolla Blvd., Suite A
San Diego, CA 92037
TRUSTEE

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

DATE:           March 30, 2010

In Re:                              )
                                    )    BANKRUPTCY FILE NO. 09-06314-PB7
Cataulin, Rosalito V.               )    REPORT OF AUCTIONEER
Cataulin, Virginia D.               )
DEBTOR                              )

I, Josh McCormack, declare as follows:

1. I am a principal of McCormack Auction Company, Inc. All of the information contained herein is within my personal knowledge.

2. On **March 18, 2010** McCormack Auction Company, Inc. conducted an auction of the above referenced debtor's assets located at 2776 Sweetwater Springs Boulevard, Spring Valley, CA 91977.

3. The auction was publicly advertised and a true and accurate listing of registered bidders in attendance is attached hereto as Exhibit "A" and incorporated by reference.

4. The gross receipts of the auction were $18,500.00. A complete record of sales is attached hereto as Exhibit "B".

5. McCormack Auction Company incurred actual expenses of $375.00 in the course of producing the auction and did deduct $375.00 compensation from proceeds subject to approval by the court.

6. McCormack Auction Company having been previously allowed a 10% commission as compensation for services rendered did retain $1,850.00 from proceeds subject to further approval of the court. Buyer premium of $1,850.00 was collected and retained by auctioneer in accordance with proposal.

7. Copies of all receipts for expenses and an accounting/detailed summary of all expenses and commission are attached hereto as Exhibits "C-J". The net proceeds of $16,275.00 have been delivered to the trustee.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Executed this 30th day of **March, 2010** at San Diego, California.

_____
Josh McCormack, CAI, GPPA
California Bond # 0418964

| Auction ID | Auction Dates | Auction Name |
|---|---|---|
| 264 | 3/18/2010 - 3/18/2010 | Pavilion Auction-March 18th, 2010 |

| Bid Card # | Customer Code | Name |
|---|---|---|
| 805 | B7663 | Saakyon, Sergery |
| 806 | B1244 | Iron Horse, Merrill, Jim |
| 807 | B2383 | Broken Yolk Cafe, Gelastopoulos, John |
| 808 | B7664 | Sanchez, Edgar |
| 809 | B7668 | Sanchez, Ricardo |
| 810 | B6637 | New Hope SDA, McNeil, Larry |
| 811 | B5981 | Thompson, Brent |
| 812 | B7665 | Pandza, Nikola |
| 813 | Z1218 | Speedy Cut Inc, Ljubic, NIKOLA |
| 814 | B1128 | Ibarra, Salvador |
| 815 | B6186 | Konde Enterprises, alvarado, oscar |
| 816 | B2174 | F.s.e., Inc., Wolski, Bruce |
| 817 | B7666 | Couvillos, John |
| 818 | B6592 | Flores, Rick |
| 819 | B7667 | Corraro-clements, Anthony |
| 820 | B2959 | Alvarez, Jorge |
| 821 | B7669 | J&J Subs Inc, Wills, Julie |
| 822 | C1102 | Broyles, Broyles, Bob |
| 823 | B5955 | Metje, Brian |
| 827 | B2662 | Baker, Jeffrey |
| 828 | B1098 | Rios Auto, Lafortune, Bobby |
| 829 | B7011 | Atlas wood products, Ramirez, Francisco |
| 830 | B7510 | Damian, Elios |
| 831 | B3804 | Maasch, James |
| 832 | B2212 | Thad's, Poppel, Elbert |
| 833 | B7039 | Your Choice Car, Riazati, Omid |
| 834 | B3926 | Radovich, John |
| 835 | B7670 | Garcia, David |
| 836 | B7673 | Garcia, Jeruld |
| 837 | B7672 | Browne, Gordon |
| 838 | B7671 | Fink, William |
| 839 | B1231 | Jarstad, Denis |
| 840 | B5223 | Kohn Megibow Company, Alderson, Mark |
| 841 | B6366 | Price, Shawn |

Exhibit A

| Auction ID | Auction Dates | | Auction Name |
|---|---|---|---|
| 842 | | B7674 | Coffee, Paul |
| 843 | | B6908 | Ranas Mexican Restaurant, Rana, Oscar |
| 864 | | B2470 | Vaughn, John |
| 865 | | B6741 | Richard J Bartlett Enterprises, Belt, Karen |
| 866 | | B1576 | Najor, George |
| 867 | | B7448 | GV Industries, inc, Verdon, Greg |
| 868 | | B5702 | Fowler, Barry |
| 870 | | B1094 | Trent, Charles |
| 871 | | B7392 | Chasr Auto Sales, Obrien, Donald |
| 872 | | B4509 | Collins Motor Co, Collins, Matt |
| 873 | | B1167 | Zavalza, Daniel |
| 874 | | B5920 | Walpert, Nick |
| 875 | | B739 | Don Luis Mobile Estates, Cacho, luis |
| 876 | | B6514 | Emery, Doug |
| 1000 | | B7675 | Rusch, Darlene |
| 1001 | | B7676 | Munguia, Tony |
| 1002 | | B6324 | Schiavone, J Robert |
| 1003 | | B7677 | Otis, Richard |
| 1004 | | B6363 | Boss, Karl |
| 1005 | | B7678 | Liska, Raymond |
| 1006 | | B7679 | Ose, Dennis |
| 1007 | | B7113 | Grice, Jon |
| 1008 | | B7680 | Vision Propane, Kobs, Ronald |
| 1009 | | B7681 | Johnston, Ben |
| 1010 | | B7682 | Osborne, Duane |
| 1011 | | B7061 | Trentadue, Victor |
| 1012 | | B7319 | Furdui, Benjamin |
| 1013 | | B7683 | De Leon, Andrea |
| 1014 | | B7684 | Walters, Ronald |
| 1015 | | B7685 | Velasquez, Augustin |
| 1016 | | B7686 | White, Cathy |
| 1017 | | B7687 | Williamsport Battery, Cubberley, Joseph |
| 1018 | | B7688 | Sharma, Vibhor |
| 1019 | | B7689 | Battin Power Inc, Battin, John |
| 1020 | | B7690 | Bamford, Randy |
| 1021 | | B6050 | Young, Shane |

| Auction ID | Auction Dates | | Auction Name |
|---|---|---|---|
| 1022 | | B7691 | Murguia, Eric |
| 1023 | | B7692 | Carollo, Chuck |
| 1024 | | B7693 | St. Tammany Auto Sales Inc, McInerney, Glen |
| 1025 | | B7694 | Campbell, Douglas |
| 1026 | | B7695 | Clark, Sherry |
| 1027 | | B7696 | Rodriguez, Rosa |
| 1028 | | B7697 | Aponte, Alfred |
| 1029 | | B7698 | Lu, Taipeng Peter |

REPORT TOTALS

    0 bidders with reserved bid card #'s

    78 bidders

# Consignor Settlement

**McCormack Auction Company**
**743 El Cajon Blvd**
**619-447-1196**
**El Cajon, CA  92020**
**Phone: 619-447-1196   Fax: 619-447-9358**

| CO #: | 900 |
|---|---|
| Date: | 2/19/2010 |
| Page: | 1 |

**Consignor**
Leslie T. Gladstone
Trustee
5785 La Jolla Blvd., Ste. A
La Jolla, CA 92037
Phone:(858) 454-9887   Fax:(858) 454-9596

*Cataulin-09-06314-PB7*

Auction: Pavilion Auction-March 18th, 2010

| Lot# | Description | Quantity | Unit Price | Ext.Price | Expenses |
|---|---|---|---|---|---|
| 400 | 2006 BMW X-3   Stock # 984, Full Sunroof, Very Clean Car, VIN: WBXPA93456WG75465, Approx 32,254 Mi | 1.00 | 18,500.00 | 18,500.00 | 0.00 |
|  | Approx CA DMV Fees $125 |  |  |  |  |

|  |  |
|---|---|
| CO Expense - Towing            ( | 75.00) |
| CO Expense - Detail            ( | 200.00) |
| CO Expense - Shared Marketing  ( | 100.00) |
| Payment to Consignor - Check # 24083  ( | 16,275.00) |
| Total Quantity: | 1.00 |
| Total Invoice Sale Price: | 18,500.00 |
| Total Expenses:   ( | 375.00) |
| Total Commission: ( | 1,850.00) |
| Total Due to Consignor: | 16,275.00 |
| Total Payments:   ( | 16,275.00) |
| Balance: | $0.00 |

No inventory remains for this consignment order

### COMMISSION SETTINGS

Calculate Commission By: Consignment Order
Commission Structure Type: Fixed

| Any Amount | 10% |
|---|---|

**Exhibit B**



# COLOR for AUCTIONEERS
### America's Auction Printer

**800-427-0732**

info@ColorforAuctioneers.com
80 Run Way, P.O. Box 820
Lee, MA 01238-0820

```
              COLOR FOR AUCTIONEERS
                   80 RUN WAY
              LEE, MA. 01238-9612
TERMINAL I.D.:   001734000001770752001
MERCHANT #:               8001770752

AMEX
*************1008                    $
SALE
RECORD #: 4         INV:       000006
DATE: MAR 09, 10    TIME:       12:09
BATCH: 702
                    AUTH:       285675
AVS RESPONSE: Y
CVV2 RESPONSE: M

ADDRESS AND 5 DIGIT ZIP MATCH

TOTAL            $1086.77
```

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

March 9, 2010

Josh McCormack
McCormack Auction Co.
743 El Cajon Blvd.
El Cajon, CA 92020

RE: Order # 328378, 2204 regular post cards with mail service
    20 regular post cards without mail service

Dear Josh,

Thank you for using Color for Auctioneers. Attached is the receipt for your order. We also e-mailed your receipt so that you may have a record as soon as it ships.

Thanks again for your order,

*Judy*

Judy Olds
Color for Auctioneers
800-427-0732

Exhibit C

Ad Content

MCCORMACK AUCTION GUHSD Surplus L Combined Assets

Exhibit D

**MCCORMACK AUCTION**
**GUHSD Surplus**
Live Auction
March 11th

Pavilion Auction
March 18th
Restaurant Equip,
Vehicles, Combined
Assets

www.mccormackauction.com
619-447-1196

Printed: 3/5/2010  1:55 pm

| Product | Zone | Placemer |
|---|---|---|
| SignOnSanDiego | Full Run | Merchand |
| Union-Tribune | Full Run | Merchand |

Ad Content

MCCORMACK AUCTION Pavilion Auction Bankruptcy & Bank Repo M BMW X-3, 04 Lance Cabover Camper Shell www.mccormackauction.c

**MCCORMACK AUCTION**
Pavilion Auction
Bankruptcy & Bank Repo
March 18th
Restaurant Equipment
'69 Chevy Malibu,
'96 Corvette,
'05 Chevy Silverado,
'06 BMW X-3,
'04 Lance Cabover
Camper Shell
www.mccormackauction.com
619-447-1196

Exhibit E

proxibid
11171 Mill Valley Road
Omaha, NE 68154

# Invoice

| Date | Invoice # |
|---|---|
| 3/18/2010 | 26990 |

| Terms | Due Date |
|---|---|
| Net 15 | 4/2/2010 |

**Bill To**

McCormack Auctions
PO Box 1118
La Mesa, CA 91944



3/24
$422.70
ck# 24069

| Activity / Description | Qty | Rate | Amount |
|---|---|---|---|
| 03/18 : Monthly Pavilion Auction-Bankruptcy & Consignment | 1 | 375.00 | 375.00 |
| IPercentage Earned Based on the Total Lots Sold Online | 0.03 | 1,590.00 | 47.70 |

Pay your bills online at:
https://www.intuitbillpay.com/proxibid3

Finance charges of 1.5% per month apply to overdue accounts. All invoiced items are to be paid by the due date except for the percentage of goods sold online which is due within 30 days of the invoice date.

| Total | USD 422.70 |
|---|---|
| Payments/Credits | USD 0.00 |
| Balance Due | USD 422.70 |

Fax #.    402-505-7981          E-mail.     acctsrec@proxibid.com          Web Site    www.proxibid.com

**Exhibit F**

Click here to download a copy of the Southern California Auctioneers Association Logo

**AUCTION MANAGER**

**Member Information**

### Josh McCormack
**McCormack Auction Co., Inc**

Address: 743 El Cajon Boulevard
El Cajon, CA 92020
Phone: 619-447-1196
E-Mail: melanie@mccauction.com
Website: www.mccormackauction.com

**Member Profile**

Since 1976, Mccormack Auction Company has become the Southern California leader in auctions and reselling. Our company has conducted over 1000 auctions in all fields and industries. As a three generation family-owned business, you can expect consistent service and a knowledgeable staff that comes with over 30 years of experience. Our hands-on approach will leave you relaxed and enjoying the benefits of a successful sale.

**Expired Auction Listings**



### Leonard Engineering-Online Only Auction-March 25th
McCormack Auction Co., Inc
Thu Mar 25 10:30AM
Santee, CA

Leonard Engineering-Online Only Auction-March 25th, 2010 Date: 25-Mar-2010 Location: Santee, CA Description: Offered Via Online bidding - www.mccormackauction.com 9420 Wheatlands Ct Suite B, Santee, CA 92071 Auction will

Prices Realized
Edit Auction
Auction Views: 164



### RV & 5th Wheel Trailers-March 19th
McCormack Auction Co., Inc
Fri Mar 19 12:00PM
Desert Hot Springs, CA

Auction to be held at 12:00 Noon Friday, March 19th Preview will be from 11AM day of auction or by appointment 74711 Dillon Rd, Desert Hot Springs CA 92241

Prices Realized
Edit Auction
Auction Views: 559



### Pavilion Auction-March 18th
McCormack Auction Co., Inc
Thu Mar 18 10:30AM
Spring Valley, CA

Auction will be held at 10:30AM Thursday March 18th. Preview will be Wednesday March 17th from 12-4PM A refundable CASH deposit of $500 is required to bid 2776 Sweetwater Springs Blvd, Spring Valley CA 91977

Prices Realized
Edit Auction
Auction Views: 426



### Grossmont High School District Surplus Auction
McCormack Auction Co., Inc
Thu Mar 11 10:30AM
El Cajon, CA

Auction will be held at 10:30AM Thursday March 11th. Preview will be from 8:30AM d auction. *A refundable CASH deposit of $200 is required to bid* Warehouse on Muarr

Prices Realized
Edit Auction
Views: 311

Exhibit G

 *San Diego's Premiere* Real Estate and Auction Company

| HOME | AUCTIONS | REAL ESTATE | ABOUT | CONTACT | MAILING LIST |

**BIDDER TOOLS**
Search Auctions
Bidder Login
New Bidder?

### Search or Browse All 237 Past Auctions:

Group+Category: All Groups & Categories

Keyword: [ Search ]
(Leave keyword empty to browse all lots)

### Browse / Search A Specific Past Auction :    Page 1 of 24 : Next Last


GO TO ABOVE LOT

**Leonard Engineering-Online Only Auction-March 25th, 2010**
Date: 25-Mar-2010
Location: Santee, CA
Description: Offered Via Online bidding - www.mccormackauction.com

9420 Wheatlands Ct Suite B, Santee, CA 92071

Auction will be on March 25th, 2010 @ 10:30AM

Onsite preview on Wednesday March 24th from 10AM - 4PM

A $500 Authorization will be placed on your Credit Card before you may bid on Items.

**BROWSE 154 LOTS**   **VIEW PREVIEW**   **AUCTION INFO**

**SEARCH 154 LOTS**

Keyword:   [ Search ]

Skip to Lot#:   [ Go ]


GO TO ABOVE LOT

**RV & 5th Wheel Trailers-March 19th, 2010**
Date: 19-Mar-2010
Location: Desert Hot Springs, CA

**BROWSE 4 LOTS**   **AUCTION INFO**

**Pavilion Auction-March 18th, 2010**

Exhibit H



Date: 18-Mar-2010

Location: Spring Valley, CA

Description: Live Auction

2776 Sweetwater Springs Blvd - Spring Valley, CA 91977

GO TO ABOVE LOT

Auction will be on March 18th, 2010 @ 10:30AM

Onsite preview on Wednesday March 17th from Noon - 4:00PM

A $500 CASH deposit is required to bid live

| BROWSE 83 LOTS | AUCTION INFO |
|---|---|

**SEARCH 83 LOTS**

Group+Category: All Groups & Categories

Keyword: [ Search ]



### Submarina Auction -Moved to Pavilion Auciton on 3/18/10

Date: 18-Mar-2010

Location: Escondido, CA

Description: Contents have been moved to our Auction Pavilion in Spring Valley.

The auction will be conducted on Thursday March 18th. Please check out the Pavilion Auction for more information.

| VIEW | AUCTION INFO |
|---|---|

### Grossmont High School Surplus Auction - March 11th @10:30AM

Date: 11-Mar-2010

Location: El Cajon, CA

| VIEW | AUCTION INFO |
|---|---|



### RABO-China Distributor-Bankruptcy Auction-March 4th, 2010

Date: 04-Mar-2010

Location: San Diego, CA

Description: Offered Via Live and Online bidding - www.proxibid.com/mccormack

1440 Innovative Dr, San Diego, CA 92154

GO TO ABOVE LOT

Auction will be on March 4th, 2010 @ 10:30AM

# AuctionZip
**Find Auctions Anywhere!**

AuctionZip Forum — Talk about auctions with 35,000 registered AuctionZip users!

| AuctionZip Home | Auctioneer Search & Directory | Auctioneer Ho[me] |



## McCormack Auction Co., Inc

**Josh McCormack**
743 El Cajon Boulevard
El Cajon, CA 92020

Phone: 619-447-1196
Email: melanie@mccauction.com
Web: www.mccormackauction.com

Since 1976, Mccormack Auction Company has become the Southern California leader in auctions and reselling. Our company has conducted over 1000 auctions in all fields and industries. As a three generation family-owned business, you can expect consistent service and a knowledgeable staff that comes with over 30 years of experience. Our hands-on approach will leave you relaxed and enjoying the benefits of a successful sale.

### Expired Auction Listings

| Thu Mar 25 - 10:30AM | Santee, CA | McCormack Auction Co., Inc |


view photos

Leonard Engineering-Online Only Auction-March 25th

Leonard Engineering-Online Only Auction-March 25th, 2010 Date: 25-Mar-2010 Location: Santee, CA Description: Offered Via Online bidding - www.mccormackauction.com 9420 Wheatlands Ct Suite B, Santee, CA 92071 Auction will be on March 25th, 2010 @ 10:30AM Onsite preview on Wednesday March 24th from 10AM - 4PM A $500 Authorization will be placed on your Credit   [ View Full Listing ]

[ Prices Realized ]
[ Edit Auction ]
[ Archive Auction ]

**Auction Views: 164**

| Fri Mar 19 - 12:00PM | Desert Hot Springs, CA | McCormack Auction Co., Inc |



RV & 5th Wheel Trailers-March 19th

Auction to be held at 12:00 Noon Friday, March 19th Preview will be from 11AM day of auction or by appointment 74711 Dillon Rd, Desert Hot Springs CA 92241   [ View Full Listing ]

view photos

[ Prices Realized ]
[ Edit Auction ]
[ Archive Auction ]

**Auction Views: 559**

| Thu Mar 18 - 10:30AM | Spring Valley, CA | McCormack Auction Co., Inc |


view photos

Pavilion Auction-March 18th

Auction will be held at 10:30AM Thursday March 18th. Preview will be Wednesday March 17th from 12-4PM A refundable CASH deposit of $500 is required to bid 2776 Sweetwater Springs Blvd, Spring Valley CA 91977   [ View Full Listing ]

[ Prices Realized ]
[ Edit Auction ]
[ Archive Auction ]

**Auction Views: 426**

Exhibit I

## Meguiar's

## TNT BROS.
## AUTO DETAILING
9711 Campo Road. SV  91977
(619) 698-0405

**Family Operated Since 1990**

| NAME: | McCormack Auction | PHONE: H C |
|---|---|---|

| ADDRESS: | | CITY/ZIP: |
|---|---|---|

| MAKE: | MODEL: | LIC: | COLOR: |
|---|---|---|---|

| DETAIL: | | |
|---|---|---|
| 1996 Corvette (Red) | | 2200 – |
| 2006 BMW X3 (Silver) | | 2200 – |
| 1500 Chevy Truck (Red) | | 1800 – |

**TNT COMMENTS:**

☑ INVOICE  ☐ ESTIMATE  ☐ WARRANTY  ☐ NO WARRANTY  ☐ PAID  ☐ DUE    **TOTAL** 600 –

I the registered owner authorize TNT BROS. to perform the service(s) on the stated vehicle. You and your employees may operate the above vehicle for detailing purposes and or delivery at my risk. Yo will not be responsible for the mechanical fail conditions, loss or damage to vehicle due to fire, theft, accident or any other cause beyond our control. In the event of legal actions necesary to enforce this contract: I am responsible for attorney's fees and court cost. I have read and understood the above

Cash:_____  Check #_____

Signature _____  Date 3/11/10

### Thank you for your preference !!

---

**ACTION TOWING**
9106 Olive Drive
Spring Valley, CA 91977

Mailing Address
229 Fiesta Lane, El Cajon, CA 92040

**ACTION TOWING**
619-447-6194 • FAX 619-440-4925

Invoice G 13217

| NAME | Virginia D. Catanlin | TRUCK | 29 | DATE | 1/8/09 | | | HOOKUP | 75 00 |
|---|---|---|---|---|---|---|---|---|---|
| ADDRESS | 1375 Oakpoint Ave. | DRIVER | Echo | CASH | | CK | CHG | MILEAGE | |
| CITY | Chula Vista | STATE | | ZIP 91913 | END MILEAGE | CUSTOMER ORDER NO | | WINCHING | |
| TOWED FROM | 1375 Oak Point Ave | | | START MILEAGE | BILL TO | Mccormick Auto | | DRIVE SHAFT | |
| TOWED TO | 9106 Olive Dr S.V. | | | TOTAL MILES | | | | OTHER | |
| YR 06 | MAKE BMW | MODEL X3 | COLOR Silver | | | 1140 | | TOTAL | |
| LIC SVCN54 | STATE CA | VIN WBXPA93456WG-75465 | | | | | | DISC | |
| | | | | | | | | TOTAL | 75 00 |

Exhibit J

V 15
$75
OR# 23834



# MOTOR VEHICLES

## Notice of Transfer and Release of Liability

DMV Homepage

**Additional Info**

- NRL FAQs
- Requirements After Selling a Vehicle
- NRL Form



Please print this receipt for your records.

| | |
|---|---|
| Date | 03/23/2010 |
| Time | 15:44:55 |
| License Plate Number/CF Number | 5VCN596 |
| VIN/Vessel Hull Id. | WBXPA93456WG75465 |
| Vehicle Make | BMW |
| Year Model | 2006 |

### New Owner Information

| | |
|---|---|
| Last Name | PANDZA |
| First Name | NIKOLA |
| Address | 2127 ILLION ST |
| Apt. Number | |
| City | SAN DIEGO |
| State | CA |
| Zip | 92110 |

### Sale Information

| | |
|---|---|
| Odometer Reading | 32267 |
| Odometer Code | Actual Mileage |
| Sale Date | 03/18/2010 |
| Selling Price | 20350 |
| If This is a Gift | No |

### Seller's Information

| | |
|---|---|
| Last Name | CATAULIN |
| First Name | ROSALITO |
| Address | 1375 OAKPOINT AVE |
| Apt. Number | |
| City | CHULA VISTA |
| State | CA |
| Zip | 91913 |

Help us improve our service. Please take a moment to complete a brief Survey.

[ Done ]  [ Submit Another NRL ]

Conditions of Use | Privacy Policy

https://mv.dmv.ca.gov/Nrl2Web/nrlReviewAction.do                                    3/23/2010